No. 4895.—Benítez Flores, apldo. *v.* Cruz Silva et al., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Feb. 19, 1929.

Por cuanto, apelada por los demandados la sentencia dictada en este caso para ante nosotros el 25 de enero de 1928 les fueron concedidas varias prórrogas por la corte inferior para que el taquígrafo preparase la transcripción de la evidencia para la apelación;

Por cuanto, dos días antes de vencer la última prórroga concedida nos presentó moción la parte apelada solicitando que desestimemos esta apelación porque cuando fueron solicitadas prórrogas el 14 de junio de 1928 y el 10 de enero de 1929 estaban vencidas las respectivas prórrogas anteriores: porque la apelación es frívola; y porque no ha sido proseguida con la debida diligencia;

Por cuanto, el 12 de mayo de 1928 los apelantes solicita-

ron de la corte inferior una prórroga de treinta días para la transcripción alegando que en 15 de mayo vencía otra que les había sido concedida y que los treinta nuevos días se contaran desde dicha fecha, lo que les fué concedido por la corte, por lo que ese término no estaba vencido cuando en 14 de junio fué solicitada otra prórroga;

Por cuanto, en 11 de diciembre de 1928 fué concedida a los apelantes otra prórroga de treinta días a contar desde el 12 de dicho mes, por lo que no estaba vencida cuando en 10 de enero de 1929 fué solicitada y obtenida otra prórroga;

Por cuanto, no tenemos datos en estos autos para poder apreciar si la apelación es frívola;

Por cuanto, si bien esta apelación ha sido demorada por un año desde que fué interpuesta, ese hecho no es bastante por sí solo para concluir que es aplicable la regla 59 de las de este tribunal;

Por cuanto, al ser vista ante nosotros la moción de desestimación de apelación ya estaba radicada en la corte inferior la transcripción de la evidencia:

Por tanto, no ha lugar a desestimar la presente apelación.